H. Stoutenburgh, as trustee, etc., of Samuel Browning, deceased, against Charles G. Davison, the Ozone Park Land Company, Maria Van Wicklin, Guillaume A. Rensens, William P. Harvey, and the Woodhaven Bank. No opinion. Orders affirmed, with $10 costs and disbursements.

STROSINSKY, Respondent, v. GEORGE BECHTEL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by David Strosinsky, an infant, by Oscar Strosinsky, his guardian ad litem, against the George Bechtel Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

SYRACUSE SOLAR SALT CO., Respondent, v. ROME, W. & O. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by the Syracuse Solar Salt Company against the Rome, Watertown & Ogdensburg Railroad Company. No opinion. Motion granted, upon payment of $10 costs by plaintiff.

TAMS et al., Respondents, v. WITMARK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Arthur W. Tams and others against Marcus Witmark and others. B. Loewy, for appellants. J. A. Douglas, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON, Appellant, v. WILBUR et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by John F. Thompson against David F. Wilbur, Albert Lilienthal, and others. No opinion. Judgment unanimously affirmed, with costs.

THOUSAND ISLAND PARK ASS'N, Respondent, v. TUCKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by the Thousand Island Park Association against Oro Tucker. No opinion. Order affirmed, with $10 costs and disbursements.

THOUSAND ISLAND PARK ASS'N, Respondent, v. TUCKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by the Thousand Island Park Association against Ora Tucker. No opinion. Judgment affirmed, with costs.

THURSTON, Respondent, v. TOWN OF ANNSVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Daniel B. Thurston against the town of Annsville. No opinion. Judgment and order affirmed, with costs.

TOSCH, Plaintiff, v. TOSCH, Defendant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Marie Tosch against Herman Tosch. No opinion. Order affirmed, with $10 costs and disbursements.

In re TOWN OF BELFAST. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) In the matter of the certificate of the commissioners of highways of the town of Belfast, in the county of Allegany, as to the necessity of laying out a highway through the orchard of Jonathan J. Gleason in said town. No opinion. Order of county court confirmed.

TOWNSEND et al., Respondents, v. STOKES, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Rudolph Townsend and another against Edward S. Stokes. No opinion. Judgment of the municipal court affirmed, with costs.

TRAVIS v. HOWARD LOCKWOOD & CO. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Judson C. Travis against Howard Lockwood & Co. No opinion. Appeal dismissed, with $10 costs.

TRIEST et al. v. ROGERS. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Hans Triest and another against James Rogers. No opinion. Motion to file new undertaking granted.

TUXEDO PARK ASS'N, Respondent, v. STERLING IRON & RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the Tuxedo Park Association against the Sterling Iron & Railway Company. No opinion. Appeal transferred to the First department.

VACARO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Gaspero Vacaro against the Metropolitan Street-Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

VILLAGE OF COLLEGE POINT, Respondent, v. RAUSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the village of College Point against Anton Rausch and others. No opinion. Order affirmed, with $10 costs and disbursements.

WARREN, Respondent, v. AMERICAN ELECTRICAL & MAINTENANCE CO., Appellant. (Supreme Court, Appellate Term. April 19, 1901.) Action by Alfred K. Warren against the American Electrical & Maintenance Company. From a judgment of the New York municipal court in favor of plaintiff, defendant appeals and moves for a new trial. Affirmed. Frank E. Keipple, for appellant. Shiland & Honeyman, for respondent. PER CURIAM. Judgment affirmed, with costs, and motion denied, with $10 costs.